DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## WHITENER v. WHITENER

No. 260P82.

Case below: 56 N.C. App. 599.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 13 July 1982.

## WRIGHT v. O'NEAL MOTORS

No. 305P82.

Case below: 57 N.C. App. 49.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 July 1982.

PETITION TO REHEAR

## LOVE v. MOORE

No. 158A81.

Case below: 305 N.C. 575.

Petition by Insurance Company to rehear denied 13 July 1982.